158 A.3d 617

### IN RE: The THIRTY-FIFTH STATEWIDE INVESTIGATING GRAND JURY

**Petition of: Attorney General, Kathleen G. Kane**

**No. 197 MM 2014**

Supreme Court of Pennsylvania.

January 21, 2015

## ORDER

PER CURIAM

**AND NOW**, this 21st day of January, 2015, the Application for Leave to File Original Process is **GRANTED**. The parties are **DIRECTED** to file supplemental briefs discussing, inter alia, the apparent conflict between Smith v. Gallagher, 408 Pa. 551, 185 A.2d 135, 137 (1962), and In re Dauphin County Fourth Investigating Grand Jury, 610 Pa. 296, 19 A.3d 491 (2011), and the legislative history surrounding the appointment of special prosecutors. See, e.g., 18 Pa.C.S. §§ 9301 et seq. (expired Feb. 18, 2003).

The Prothonotary is **DIRECTED** to establish an expedited briefing schedule for the supplemental briefs and to list this matter for oral argument at this Court's March 2015 session.